IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:22-CV-00180-FL

| | |
|---|---|
| CATHY DREXLER, | ) |
| Plaintiff, | ) |
| v. | ) |
| RESOLUTE BUILDING COMPANY, | ) |
| Defendant. | ) |

## **ORDER ON PLAINTIFF'S CONSENT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT**

THIS MATTER is before the Court on Plaintiff's Consent Motion to Stay Proceedings Pending Settlement (the "Motion"), filed on June 19, 2023.

For the reasons stated in the Plaintiff's Motion and for good cause shown, the Court will GRANT the Motion. Accordingly, the Court hereby stays all further proceedings in this matter, including all deadlines, pending the parties' resolution of their settlement agreement.

Signed June 27th, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge